People v Leckie (2023 NY Slip Op 01755)

People v Leckie

2023 NY Slip Op 01755

Decided on March 30, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 30, 2023

Before: Renwick, A.P.J., Gesmer, Singh, González, Scarpulla, JJ. 

Ind. No. 2715/17 Appeal No. 17591 Case No. 2019-804 

[*1]The People of the State of New York, Respondent,
v
Naquan Leckie, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Stephen Chu of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (John T. Hughes of counsel), for respondent.

Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered December 19, 2018, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.
The court was not obligated to make further inquiry into the voluntariness of defendant's guilty plea, based on defense counsel's statement, approximately 16 months after the offense, that, based on his information, "the victim's stitches did heal well and I believe he recovered full function." This remark did not cast significant doubt on the "physical injury" element of second-degree assault (see People v Lopez, 71 NY2d 662, 666 [1988]). Unlike "serious physical injury," proof of physical injury need not establish protracted "disfigurement," protracted "impairment of health," or protracted "impairment or loss of the function of any bodily organ" (Penal Law § 10.00[10]). Furthermore, there was nothing in defendant's own factual recitation that negated any element of the crime.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 30, 2023